IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR406 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| STANLEY D. ADKINS, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Issuance of Preliminary Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 30). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I and II of said Indictment. Count I of said Indictment charges the Defendant with being a user of controlled substances in possession of firearms, a violation of 18 U.S.C. § 922(g)(3). Count II of said Indictment charges the Defendant with using a Butler single shot pistol, Derringer, caliber .22, serial number B95380; a Revelation rifle, Model M150, caliber .22, serial number 6858641; a Savage Arms Corp., Fox shotgun, 12 gauge double barrel, Model B, serial number BSE-c; a Winchester shotgun, 12 gauge, over-under Model 101, serial number 78258; a Kessler Arms shotgun, 16 gauge, bolt action Model 300, no serial number; a Noble MFG shotgun, Model 66J, 12 gauge, no serial number; and a Stevens, Savage Arms Corp., Model 15, .22 caliber, no serial number, on the basis they were firearms involved or used in the knowing commission of the offense charged in Count I..

2.  By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 30) is hereby sustained.

B.  Based upon Count II of the Indictment and the Defendant's plea of guilty, the United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska ("ATF") is hereby authorized to seize the following-described properties:    a Butler single shot pistol, Derringer, caliber .22, serial number B95380; a Revelation rifle, Model M150, caliber .22, serial number 6858641; a Savage Arms Corp., Fox shotgun, 12 gauge double barrel, Model B, serial number BSE-c; a Winchester shotgun, 12 gauge, over-under Model 101, serial number 78258; a Kessler Arms shotgun, 16 gauge, bolt action Model 300, no serial number; a Noble MFG shotgun, Model 66J, 12 gauge, no serial number; and a Stevens, Savage Arms Corp., Model 15, .22 caliber, no serial number.

C.  The Defendant's interest in said properties is hereby forfeited to the United States of America for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned forfeited properties are to be held by ATF in its secure custody and control.

E.  Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, notice of ATF's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a

Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 3rd day of July, 2007.

**BY THE COURT:**

s/ Laurie Smith Camp
**United States District Judge**