UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR406 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| STANLEY D. ADKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of
Forfeiture and Memorandum Brief (Filing No. 36).  The Court reviews the record in this
case and, being duly advised in the premises, find as follows:

1.  On July 3, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to
the provisions of Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28,
United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts
I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the
Defendant's interest in a Butler single shot pistol, Derringer, caliber .22, serial number
B95380; a Revelation rifle, Model M150, caliber .22, serial number 6858641; a Savage
Arms Corp., Fox shotgun, 12 gauge double barrel, Model B, serial number BSE-c; a
Winchester shotgun, 12 gauge, over-under Model 101, serial number 78258; a Kessler
Arms shotgun, 16 gauge, bolt action Model 300, no serial number; a Noble MFG shotgun,
Model 66J, 12 gauge, no serial number; and a Stevens, Savage Arms Corp., Model 15, .22
caliber, no serial number, was forfeited to the United States.

2.  On July 26, August 2 and 9, 2007, the United States published in a newspaper
of general circulation notice of this forfeiture and of the intent of the United States to

dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on September 7, 2007 (Filing No. 35).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 36) is hereby sustained.

B.  All right, title and interest in and to the Butler single shot pistol, Derringer, caliber .22, serial number B95380; a Revelation rifle, Model M150, caliber .22, serial number 6858641; a Savage Arms Corp., Fox shotgun, 12 gauge double barrel, Model B, serial number BSE-c; a Winchester shotgun, 12 gauge, over-under Model 101, serial number 78258; a Kessler Arms shotgun, 16 gauge, bolt action Model 300, no serial number; a Noble MFG shotgun, Model 66J, 12 gauge, no serial number; and a Stevens, Savage Arms Corp., Model 15, .22 caliber, no serial number, held by any person or entity, are hereby forever barred and foreclosed.

C.  The Butler single shot pistol, Derringer, caliber .22, serial number B95380; a Revelation rifle, Model M150, caliber .22, serial number 6858641; a Savage Arms Corp., Fox shotgun, 12 gauge double barrel, Model B, serial number BSE-c; a Winchester shotgun, 12 gauge, over-under Model 101, serial number 78258; a Kessler Arms shotgun, 16 gauge, bolt action Model 300, no serial number; a Noble MFG shotgun, Model 66J, 12

2

gauge, no serial number; and a Stevens, Savage Arms Corp., Model 15, .22 caliber, no serial number, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 10th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge